Cite as 2023 Ark. 67

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUSPENSION OF ATTORNEYS WHO FAILED TO PAY 2023 ANNUAL ATTORNEY-LICENSE FEE | **Opinion Delivered**: **April** 20, 2023 |

## PER CURIAM

The final deadline for attorneys to pay the 2023 annual attorney-license fee was April 17, 2023.[1] As required by Rule VII(C)(9) of the Rules Governing Admission to the Bar, attached to this per curiam is a list of those who failed to pay the annual license fee by the final deadline. The list is divided into three categories. Category 1 consists of those attorneys who were automatically suspended on April 18, 2023, by operation of Rule VII(C)(1) and (8) for failure to pay the annual fee and who remain suspended as of the issuance of this per curiam. Category 2 consists of those attorneys who were automatically suspended on April 18, 2023, for failure to pay the fee but have since become current and reinstated to their pre-suspension status. We caution that placement in Category 2 is proof of good standing only as to payment of license fees. Category 3 consists of those attorneys who have remained suspended for more than three consecutive years for failure to pay annual license fees and whose licenses were deemed surrendered as of April 18, 2023, per Rule VII(C)(17). The attorneys listed in Categories 1 and 3 shall not practice law in this state unless reinstated or except during a stay of the suspension as provided in Rule VII(C)(15).

---

[1] Generally, the final deadline is April 15 of each year. April 15, 2023, however, was a Saturday, and the clerk's office was closed. Therefore, Rule VII(C)(4) of the Rules Governing Admission to the Bar extended the deadline to the next business day, Monday, April 17, 2023.

# Category 1

## License Suspended for Nonpayment of License Fee and Penalties

**Bar Number: 2010077**

Leah V. Ammons Daley
Tulsa, OK

**Bar Number: 96224**

Robert Miles Berry, Jr.
Little Rock, AR

**Bar Number: 2001114**

Mary Jennifer Settle Brown
Dallas, TX

**Bar Number: 97187**

George Antonio Anaya
Athens, OH

**Bar Number: 98017**

Carl Ray Bishop
Clarendon, AR

**Bar Number: 87015**

Diana Joan Burleson
Indianapolis, IN

**Bar Number: 80150**

Alinda L. Andrews
Little Rock, AR

**Bar Number: 88018**

Claire Louise Borengasser
Fort Smith, AR

**Bar Number: 2007069**

Brian Lee Campbell
Pea Ridge, AR

**Bar Number: 78006**

George Latta Bachelor, III
Hot Springs, AR

**Bar Number: 82022**

Mary D. Carpenter Boyd
Fayetteville, AR

**Bar Number: 89155**

Keith Carle
Maysville, NC

**Bar Number: 2023027**

Cameron Joseph Baker
Denver, CO

**Bar Number: 86025**

Jeffrey Todd Branch
Paragould, AR

**Bar Number: 2003177**

Warren Hunter Carpenter
Dallas, TX

**Bar Number: 96003**

Gregory Alan Barnard
Norman, OK

**Bar Number: 96062**

Alison Offutt Bratton
Little Rock, AR

**Bar Number: 2019243**

D. Nicholas Carroll
Russellville, AR

**Bar Number: 73005**

Ben Thomas Barry
Fayetteville, AR

**Bar Number: 2004172**

Benjamin David Brenner
Little Rock, AR

**Bar Number: 2011114**

Heather McNew Carter
Greenville, TX

**Bar Number: 84010**

Margaret A. R. Beam
Hot Springs, AR

**Bar Number: 98086**

Allison Brewer Thurman
Madison, MS

**Bar Number: 2009175**

Kesha Maria Chiappinelli
Bentonville, AR

**Bar Number: 82013**

Benjamin Alson Beland, II
Fort Smith, AR

**Bar Number: 89018**

Robert H. Briley, Jr.
Maumelle, AR

**Bar Number: 2011281**

Adrielle Lynn Churchill
Washington, DC

# Category 1

## License Suspended for Nonpayment of License Fee and Penalties

**Bar Number: 2006009**

Ernest L. Cochran
Texarkana, TX

**Bar Number: 86008**

Candice Baker Dickson
Jonesboro, AR

**Bar Number: 93010**

Joette Furlough
Dallas, TX

**Bar Number: 2003101**

John Kevin Coker
Spring, TX

**Bar Number: 77044**

James Edward Dickson
Jonesboro, AR

**Bar Number: 86144**

Gail Ponder Gaines
Little Rock, AR

**Bar Number: 2018205**

John Douglas Cortes
Little Rock, AR

**Bar Number: 94241**

Mark Doyle Easley
Saint Louis, MO

**Bar Number: 2007310**

Crystal Gee Gibson
Plano, TX

**Bar Number: 83045**

Dorothy Crookshank
Eureka Springs, AR

**Bar Number: 79164**

Jack Else
Cedar Rapids, IA

**Bar Number: 95021**

Gerard E. Glynn
Orlando, FL

**Bar Number: 86047**

Mark Dominique D'Auteuil
Russellville, AR

**Bar Number: 2011119**

Carin Paris Evans
Fort Worth, TX

**Bar Number: 73042**

Patrick James Goss
Little Rock, AR

**Bar Number: 2012182**

Bruce C. Davis
Little Rock, AR

**Bar Number: 2011089**

Jennifer Dianne Felts
Little Rock, AR

**Bar Number: 2008212**

Travis Allen Gray
Des Peres, MO

**Bar Number: 2006222**

Alison Applewhite Dennington
Melbourne Beach, FL

**Bar Number: 2016077**

Andrew Firth
Reno, NV

**Bar Number: 94040**

Barbara Ann Griffin
Newport, AR

**Bar Number: 96074**

Christian Diane Denton
Conway, AR

**Bar Number: 2012308**

Eugene Stone Forrester, Jr.
Memphis, TN

**Bar Number: 2019059**

Thomas Weaver Griffin, III
Oklahoma City, OK

**Bar Number: 2017050**

Joshua Clayton Dickinson
Spokane Valley, WA

**Bar Number: 2008009**

Gwendolyn Sue Frost
Houston, TX

**Bar Number: 2011007**

Jerry Elizabeth Erzsebet Griffith
Eureka Springs, AR

## License Suspended for Nonpayment of
## License Fee and Penalties

**Bar Number: 97129**

William L. Griggs, IV
Fort Smith, AR

**Bar Number: 86074**

Henry Charles Gschwend, Jr.
Jonesboro, AR

**Bar Number: 2016013**

Kimberly Lawrence Guthrie
Jackson, MS

**Bar Number: 87072**

Mark S. Harbour
Fairfield Bay, AR

**Bar Number: 83207**

Mary L. Harmon
New York, NY

**Bar Number: 2011121**

Ronald L. Harper
Memphis, TN

**Bar Number: 2020280**

Katherine Mary Harris
Oklahoma City, OK

**Bar Number: 2020089**

William Victor Haslam
Fayetteville, AR

**Bar Number: 2020265**

Alexandria Elizabeth Hawkins
Centerton, AR

**Bar Number: 2010209**

Jeremy Miller Hays
Sorrento, FL

**Bar Number: 2013080**

Thomas Bradley Hesselbein
Kutztown, PA

**Bar Number: 73056**

Harlin Ray Hodnett
Van Buren, AR

**Bar Number: 2014252**

Blake Parker Hoyt
Little Rock, AR

**Bar Number: 2021132**

Ifeoma Ada Ibekwe
Fayetteville, AR

**Bar Number: 79099**

Blaine A. Jackson
Bentonville, AR

**Bar Number: 2022257**

Zoe Charise Jackson
Maumelle, AR

**Bar Number: 91008**

Robert Thomas James
Little Rock, AR

**Bar Number: 76054**

Stephen Eugene James
Bee Branch, AR

**Bar Number: 92120**

Joseph Patrick Jaynes
Searcy, AR

**Bar Number: 2002134**

Luwalhati Admana Johnson
Dallas, TX

**Bar Number: 80075**

Patricia Roberts Julian
North Little Rock, AR

**Bar Number: 2003097**

James Thomas Keet
Little Rock, AR

**Bar Number: 74091**

Joseph E. Kilpatrick, Jr.
Little Rock, AR

**Bar Number: 89093**

Kerry Layne Kilpatrick
Monroe, LA

**Bar Number: 2009089**

Jennifer R. Kiper
Kansas City, MO

**Bar Number: 99015**

Molly Anne Knutson
Los Angeles, CA

**Bar Number: 80083**

Robert Joseph Lambert, Jr.
Springdale, AR

# Category 1

## License Suspended for Nonpayment of
## License Fee and Penalties

**Bar Number: 80086**

Jean Langford
Jonesboro, AR

**Bar Number: 2007102**

Donald B. Miller, Jr.
Prescott, AZ

**Bar Number: 80197**

Michael D. Peek
Texarkana, TX

**Bar Number: 2008074**

Michael Haden Lawyer
Memphis, TN

**Bar Number: 2006026**

Mickey S. Moon
Houston, TX

**Bar Number: 2010117**

James Thomas Perry, Jr.
Houston, TX

**Bar Number: 90183**

Celia S. Liner
Venice, FL

**Bar Number: 2010145**

Lesley Brooke Morgan
Tacoma, WA

**Bar Number: 2015214**

Debra D. Poulin
Santa Fe, NM

**Bar Number: 77085**

Nancy Jane Mahler
Little Rock, AR

**Bar Number: 2013116**

Rachel Rebecca Bergstrom
Morgan
Dallas, TX

**Bar Number: 2015066**

Tara Whitney Raddle
Walnut Ridge, AR

**Bar Number: 2001051**

Alvin Quincey Malone
Southlake, TX

**Bar Number: 2017033**

Lindsey Elizabeth Lee Moss
Little Rock, AR

**Bar Number: 2013047**

Travis C. Ragland
Conway, AR

**Bar Number: 84102**

Hiram McBeth, III
Pine Bluff, AR

**Bar Number: 90189**

John David Nichols
North Little Rock, AR

**Bar Number: 2001032**

Jason Douglas Reed
Little Rock, AR

**Bar Number: 76178**

Austin McCaskill, III
Little Rock, AR

**Bar Number: 2013266**

Joshua Thomas Ogle
Los Angeles, CA

**Bar Number: 2022087**

Jeffrey Todd Reel
Bentonville, IL

**Bar Number: 2006100**

David Alan Farrell McCoy
Little Rock, AR

**Bar Number: 2016118**

Daniel K. O'Toole
St. Louis, MO

**Bar Number: 2015208**

April Rheaume
Seattle, WA

**Bar Number: 2018012**

Nathan Landon Mendenhall
Fort Smith, AR

**Bar Number: 90147**

Steven James Paris
West End, NC

**Bar Number: 96058**

Ann L. Richardson
Berryville, AR

# Category 1

### License Suspended for Nonpayment of
### License Fee and Penalties

**Bar Number: 89225**

Jerry A. Richardson
Tulsa, OK

**Bar Number: 96132**

Bryan Warde Riley
Siloam Springs, AR

**Bar Number: 2009245**

Adrianna Faith Rios
Hot Springs, AR

**Bar Number: 2017027**

Nathan Parham Roberts
Camden, AR

**Bar Number: 2015206**

Spellman Patrick Robertson
Joplin, MO

**Bar Number: 78134**

Gregory Neal Robinson
Pine Bluff, AR

**Bar Number: 88011**

Norton Rosenthal
Plano, TX

**Bar Number: 2017062**

Beryl Jay Rushefsky
Little Rock, AR

**Bar Number: 2007119**

Barbara L. Samuels
Little Rock, AR

**Bar Number: 2015063**

Scott J. Schrum
Ironton, MO

**Bar Number: 2019037**

Jody Lee Shackelford
Highland, AR

**Bar Number: 2020286**

Michelle Brady
Sisco-Sankrityayan
Memphis, TN

**Bar Number: 92242**

Lloyd Howard Smith, Jr.
El Dorado, AR

**Bar Number: 84138**

Vicki King Smith
Rogers, AR

**Bar Number: 2001016**

John R. Snell
Quarryville, PA

**Bar Number: 81223**

Leymon L. Solomon
Fulshear, TX

**Bar Number: 2008015**

Travis L. Starr
Ames, IA

**Bar Number: 99063**

Scott Anthony Strain
Durham, NC

**Bar Number: 81151**

Mary Beth Sudduth
Fort Smith, AR

**Bar Number: 2009266**

Robert C. Sullivan
Kansas City, MO

**Bar Number: 88171**

Karen J. Freeman Swogger
Eureka Springs, AR

**Bar Number: 96254**

Michael Douglas Tanner
Cary, NC

**Bar Number: 88172**

Jonathan Bruce Taylor
Washington

**Bar Number: 2017272**

Dawn Rachelle Tezino
Humble, TX

**Bar Number: 76130**

David Jerome Throesch
Pocahontas, AR

**Bar Number: 99089**

Heather Leigh Turnbull
Tallahassee, FL

**Bar Number: 2001087**

Bill M. Wade
Memphis, TN

# Category 1

## License Suspended for Nonpayment of License Fee and Penalties

**Bar Number: 2010267**

Rachel V. Warnick
Little Rock, AR

**Bar Number: 2016119**

Richard Paul Williams, III
Jackson, MS

**Bar Number: 2018016**

Whitney Alexander Wayne
Austin, TX

**Bar Number: 2005112**

Che' Dawn Williamson
Houston, TX

**Bar Number: 2014115**

Jeffry Dan Weems
Houston, TX

**Bar Number: 83186**

William Ross Wisely
Hot Springs National Park, AR

**Bar Number: 2010171**

Jennifer Ann Wells
Little Rock, AR

**Bar Number: 99099**

Linda Karen Woodworth
Harrison, AR

**Bar Number: 87185**

Richard Ray West
Marion, AR

**Bar Number: 2015138**

Jing Zhao
Chicago, IL

**Bar Number: 2009002**

Clay M. White
Tyler, TX

**Total Count: 149**

**Bar Number: 78165**

David H. White
Hot Springs, AR

**Bar Number: 2005048**

Vallie J. Wilkerson
Vilonia, AR

**Bar Number: 2012177**

Jennifer Renae Williams
Poplar Bluff, MO

**Returned to paid status since the April 18, 2023 suspension**

**Bar Number: 2016095**

Caroline Helene Beavers

Arvada, CO

**Bar Number: 99098**

William Bishop Woosley

Conway, AR

**Total Count: 2**

License Deemed Surrendered for Nonpayment of License Fee and Penalties
For More than Three Consecutive Years

**Bar Number: 2017075**

Shannon Bryant-Gamble
Jefferson City, MO

**Bar Number: 2010112**

Ann C. Fries
Broken Arrow, OK

**Bar Number: 2017072**

Ann C. Kapsimalis
Knoxville, TN

**Bar Number: 2011033**

Kevin Byrd
Hot Springs, AR

**Bar Number: 92258**

Jill Odell Gibson
Portland, OR

**Bar Number: 2012236**

Leon Kassab
Dallas, TX

**Bar Number: 77025**

Michael Cleveland Carter
Fort Smith, AR

**Bar Number: 2012226**

Blake Bryant Goodsell
Birmingham, AL

**Bar Number: 89068**

Dennis Michael Kinney
Fayetteville, AR

**Bar Number: 2000061**

Damon Neil Cluck
Sherwood, AR

**Bar Number: 2014010**

Jennifer Lynne Graf
Dallas, TX

**Bar Number: 2006262**

Fredrick Albert Lutz, Jr.
Nashville, TN

**Bar Number: 93046**

Bart Charles Craytor
New Boston, TX

**Bar Number: 75048**

James C. Graves
Fairfield, IO

**Bar Number: 2017245**

Sarah K. Mayes
Eureka Springs, AR

**Bar Number: 87045**

Michael Ray Davis
Sherwood, AR

**Bar Number: 88106**

David P. Heasley
Bryant, AR

**Bar Number: 2013009**

Brittney Angela McClinton
Flower Mound, TX

**Bar Number: 2006316**

Richard Dallas Elms, Jr.
Atlanta, GA

**Bar Number: 2008273**

Megan Jean Hudson
Van Buren, AR

**Bar Number: 2005095**

Brian L. Mincher
Dallas, TX

**Bar Number: 79062**

Ernest B. Farquharson
Fort Smith, AR

**Bar Number: 2019016**

Victor D. Huhem
Fort Worth, TX

**Bar Number: 79209**

Jay Carol Miner
Machias, ME

**Bar Number: 2010001**

Whitney M. Ferguson
Austin, TX

**Bar Number: 84080**

Tim Humphries
Fayetteville, AR

**Bar Number: 87208**

Vincent A. Mulloy
Washington, DC

License Deemed Surrendered for Nonpayment of License Fee and Penalties
For More than Three Consecutive Years

**Bar Number: 94167**

Charles Raymond Peden
Atlanta, GA

**Bar Number: 73163**

Robert Byran Perry
Waco, TX

**Bar Number: 2015065**

J. Matthew Reardon
Rogers, AR

**Bar Number: 2012002**

Amy Michelle Reynolds
Little Rock, AR

**Bar Number: 2010208**

Summer Michelle Rhoden
Memphis, TN

**Bar Number: 90146**

Mike Robinson
Bryant AR

**Bar Number: 91202**

Kenneth E. Rudd
Wildwood, MO

**Bar Number: 90124**

Robert A. Russell, Jr.
Little Rock, AR

**Bar Number: 2006022**

Melissa Spohn
Centennial, CO

**Bar Number: 2010073**

Petrina L. Thompson
Aubrey, TX

**Bar Number: 2017052**

Audrey Kathleen Trevino
Johnstown, CO

**Bar Number: 2011102**

Robert John Wittwer
Okeene, OK

**Bar Number: 84165**

Keith Newton Wood
Hope, AR

**Bar Number: 78174**

James William Woods
Irving, TX

TOTAL COUNT: 41